# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ABEL ARMENDARIZ,**<br>　　　　*Petitioner* | §<br>§<br>§ | |
| **v.** | §<br>§ | **MO-23-CV-00062-DC** |
| **BOBBY LUMPKIN,**<br>　　　　*Respondent* | §<br>§<br>§ | |

## FINAL JUDGMENT

On this day, the Court denied Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. §2254, for reasons clarified therein. The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.

Accordingly, it is **ORDERED** that Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. §2254 is **DENIED AND DISMISSED**.

It is further **ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs.

It is finally **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT AND A CERTIFICATE OF APPEALABILITY WILL NOT ISSUE IN THIS CASE**.

It is so **ORDERED**.

SIGNED this 20th day of September, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE